IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERMAINE LAMONT WILEY,

      Appellant,

v.

Case No.  5D16-3115

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 16, 2016

3.801 Appeal from the Circuit
Court for Orange County,
Robert J. Egan, Judge.

Jermaine Lamont Wiley, Trenton, pro se.

No Appearance for Appellee.

PER CURIAM.

      Appellant, Jermaine Wiley, appeals the summary denial of his motion for additional

jail credit filed pursuant to Florida Rule of Criminal Procedure 3.801.  Because the records

attached to the trial court's order do not conclusively refute Wiley's claim, we remand for

the trial court to either attach additional records refuting the claim or hold an evidentiary

hearing.  *See Sherman v. State*, 185 So. 3d 1295, 1296 (Fla. 5th DCA 2016) (holding that

remand required where it was unclear from records attached whether defendant had

completed sentence in one case but had been held in custody thereafter pending transport to different county for disposition of second case.).

REVERSED and REMANDED.

TORPY, EVANDER and LAMBERT, JJ., concur.